IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**LEE D. WILLIAMS,**

    Petitioner,

  v.                                **CASE NO. 2:14-CV-1461**
                                        **JUDGE GEORGE C. SMITH**
**WARDEN, CHILLICOTHE**                  **MAGISTRATE JUDGE KEMP**
**CORRECTIONAL INSTITUTION,**

    Respondent.

## OPINION AND ORDER

On October 3, 2014, the Magistrate Judge issued a *Report and Recommendation* pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts recommending that this action be dismissed. (ECF Doc. 3). Despite being advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, and although the Court granted Petitioner's request for an extension of time to in which to file objections, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED.** This action is hereby **DISMISSED.**

        **IT IS SO ORDERED.**

                                                */s/ George C. Smith*
                                                **GEORGE C. SMITH, JUDGE**
                                                **UNITED STATES DISTRICT COURT**